

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2015

No. 04-15-00149-CV

**IN THE INTEREST OF K.L.C., J.K.C., AND L.E.C.,**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 14658B
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant seeks to appeal a partial summary judgment in a parental termination case. Although the trial court's partial summary judgment determined that appellant committed three acts enumerated in section 161.001(1) of the Texas Family Code, which are acts permitting the trial court to terminate appellant's parental rights, the trial court did not resolve whether termination is in the best interest of the children under section 161.001(3). Accordingly, the judgment is not a final, appealable judgment. *See Houston Health Clubs, Inc. v. First Court of Appeals*, 722 S.W.2d 692, 693 (Tex. 1986); *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

It is therefore ORDERED that appellant show cause in writing within fifteen days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are suspended pending our determination of whether we have jurisdiction to consider this appeal.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court